PROB 12C
(6/16)

Report Date: November 30, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 30, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Joseph Rungo          Case Number: 0980 2:18CR00001-TOR-1

Address of Offender:                              Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Donald W. Malloy, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: March 5, 2014

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 121 months   Type of Supervision: Supervised Release
TSR - 60 months |
| Amended Judgment:
11/24/2014 | Prison - 87 months
TSR - 60 months |
| Sentence Reduction:
04/08/2015 | Prison - 72 months
TSR - 60 months |
| Asst. U.S. Attorney: | U.S. Attorney's Office      Date Supervision Commenced: December 27, 2017 |
| Defense Attorney: | Federal Defender's Office      Date Supervision Expires: December 26, 2022 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     **Standard Condition #7:**  The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Supporting Evidence**: Mr. Rungo violated his conditions of supervised release by using methamphetamine, marijuana, and morphine on or about November 17, 2018.

On November 19, 2018, the undersigned officer conducted a personal home contact at Mr. Rungo's residence.  He was directed to provide a random urinalysis test.  The urine sample had initial positive findings for methamphetamine, marijuana, and morphine.  Mr. Rungo admitted to using methamphetamine.  Mr. Rungo denied using any marijuana but stated he had been using a THC-based cream on his hands for pain.  When questioned about the

Prob12C
Re: Rungo, Anthony Joseph
November 30, 2018
Page 2

presumptive positive test for morphine, Mr. Rungo denied the use of heroin, stating he had a prescription for hydrocodone. It should be noted, the undersigned officer was able to confirm a prescription for hydrocodone in August 2018; however, he could not produce a valid and/or current prescription on November 19, 2018. The urine sample was sent to Alere Toxicology and the results are pending.

On December 27, 2017, Anthony Rungo signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Rungo was made aware by his U.S. probation officer that he must not use any controlled substances.

2  **Special Condition # 4**: The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supercedes standard condition number 7, with respect to alcohol consumption only.

**Supporting Evidence**: Mr. Rungo violated his conditions of supervised release by consuming alcohol on or about November 17, 2018.

On November 27, 2018, Mr. Rungo reported to the U.S. Probation Office at the direction of the undersigned officer. After discussing the events referenced in violation number 1, Mr. Rungo also admitted to consuming alcohol to intoxication on November 17, 2018.

On December 27, 2017, Anthony Rungo signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Rungo was made aware by his U.S. probation officer that he must abstain from the consumption of alcohol.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  11/30/2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Rungo, Anthony Joseph**
**November 30, 2018**
**Page 3**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[✓]    The Issuance of a Summons
[ ]    Other

_Thomas O. Rice_
Signature of Judicial Officer

November 30, 2018
Date