PROB 12C
(6/16)

Report Date: September 2, 2020

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 02, 2020

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Anthony Joseph Rungo     Case Number: 0980 2:18CR00001-TOR-1

Address of Offender:     Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Donald W. Malloy, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 5, 2014

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 121 months     Type of Supervision: Supervised Release<br>TSR - 60 months |
| Amended Judgment:<br>11/24/2014 | Prison - 87 months<br>TSR - 60 months |
| Sentence Reduction:<br>04/08/2015 | Prison - 72 months<br>TSR - 60 months |
| Asst. U.S. Attorney: | Alison L Gregoire     Date Supervision Commenced: December 27, 2017 |
| Defense Attorney: | Federal Defender's Office     Date Supervision Expires: December 26, 2022 |

---

**PETITIONING THE COURT**

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Supporting Evidence**: It is alleged Mr. Rungo violated his conditions of supervised release by using morphine on August 18, 2020.

On December 27, 2017, Anthony Rungo signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Rungo was made aware by his U.S. probation officer that he must not use any controlled substances.

Prob12C
**Re: Rungo, Anthony Joseph**
**September 2, 2020**
**Page 2**

           On August 18, 2020, Mr. Rungo provided a urine sample at Pioneer Human Services (PHS), as directed. The urine sample was presumptive positive for morphine. Mr. Rungo denied using illegal controlled substances.

           On August 26, 2020, Alere Toxicology confirmed a positive result for morphine.

2      **Special Condition # 1**: The defendant shall participate in substance abuse testing, to include not more than 365 urinalysis tests and not more than 365 breathalyzer tests annually during the period of supervision. The defendant is to pay all or part of the costs of testing, depending on the defendant's ability to pay, as determined by the United States Probation Officer.

           **Supporting Evidence** It is alleged Mr. Rungo violated his terms of supervision on August 28, 2020, by refusing to submit to urinalysis testing, as directed.

           On December 27, 2017, Anthony Rungo signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Rungo was made aware by his U.S. probation officer that he must submit to urinalysis testing, as directed.

           On August 27, 2020, the undersigned officer directed Mr. Rungo to report to PHS to submit to urinalysis testing the following day, August 28, 2020. He was also instructed to provide any documentation of his current medication regime.

           On August 28, 2020, Mr. Rungo reported to PHS. He was specifically asked by PHS staff if he had been directed to submit to urinalysis testing. Mr. Rungo told PHS staff he was not going to provide a urine sample and left the facility.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

           I declare under penalty of perjury that the foregoing is true and correct.

           Executed on:    09/02/2020

                          s/Corey M. McCain

                          Corey M. McCain
                          U.S. Probation Officer

Prob12C
**Re: Rungo, Anthony Joseph**
**September 2, 2020**
**Page 3**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

_____
Thomas O. Rice
United States District Judge

September 2, 2020
_____
Date