PROB 12C
(6/16)

Report Date: September 21, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 21, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Joseph Rungo          Case Number: 0980 2:18CR00001-TOR-1

Address of Offender:                            Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Donald W. Malloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 5, 2014

Original Offense:         Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence:        Prison - 121 months;          Type of Supervision: Supervised Release
                          TSR - 60 months

Amended Judgment:         Prison - 87 months
11/24/2014                TSR - 60 months

Sentence Reduction:       Prison - 72 months
04/08/2015                TSR - 60 months

Asst. U.S. Attorney:      Alison L Gregoire             Date Supervision Commenced: December 27, 2017

Defense Attorney:         Federal Defender's Office     Date Supervision Expires: December 26, 2022

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/02/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

3 | **Special Condition # 1**: The defendant shall participate in substance abuse testing, to include not more than 365 urinalysis tests and not more than 365 breathalyzer tests annually during the period of supervision. The defendant is to pay all or part of the costs of testing, depending on the defendant's ability to pay, as determined by the United States Probation Officer.

**Supporting Evidence** It is alleged Mr. Rungo violated his terms of supervision on September 15, 2020, by failing to appear for urinalysis testing as directed.

On December 27, 2017, Anthony Rungo signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Rungo was made aware by his U.S. probation officer that he must submit to urinalysis testing as directed.

Prob12C
**Re: Rungo, Anthony Joseph**
**September 21, 2020**
**Page 2**

On September 14, 2020, the undersigned officer notified Mr. Rungo that he was being placed on the color-line for urinalysis testing at Pioneer Human Services. He was assigned the color gold 3 and advised to call the color line daily. On September 15, 2020, the color of the day at PHS was gold 3, Mr. Rungo's assigned color for urinalysis testing. On September 16, 2020, the undersigned was informed he failed to appear for urinalysis testing on September 15, 2020, as directed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/21/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

September 21, 2020
Date