PROB 12C
(6/16)

Report Date: October 2, 2020

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 05, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Joseph Rungo          Case Number: 0980 2:18CR00001-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Donald W. Malloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice,  U.S. District Judge

Date of Original Sentence: March 5, 2014

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 72 months;<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Judgment:<br>(11/24/2014) | Prison - 87 months<br>TSR - 60 months | |
| Sentence Reduction:<br>(04/08/2015) | Prison - 72 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: December 27, 2017 |
| Defense Attorney: | Molly Winston | Date Supervision Expires: December 26, 2022 |

### PETITIONING THE COURT

To **issue a warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/02/2020, and 09/21/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #1**: The defendant shall participate in substance abuse testing, to include not more than 365 urinalysis tests and not more than 365 breathalyzer tests annually during the period of supervision.  The defendant is to pay all or part of the costs of testing, depending on the defendant's ability to pay, as determined by the United States Probation Officer. |
| | **Supporting Evidence** It is alleged Mr. Rungo violated his terms of supervision on October 2, 2020, by stalling on a urinalysis test and failing to provide a urine sample as directed. |
| | On December 27, 2017, Anthony Rungo signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Rungo was made aware by his U.S. probation officer that he must submit to urinalysis testing as directed. |

Prob12C
Re: Rungo, Anthony Joseph
October 2, 2020
Page 2

On October 1, 2020, the undersigned officer contacted Mr. Rungo by telephone. He was directed to submit to a random urinalysis test at Pioneer Human Services (PHS) on October 2, 2020. Mr. Rungo agreed to do so.

On October 2, 2020, this officer received a notification from staff at PHS at approximately 10:30 a.m., that Mr. Rungo reported to PHS to provide a urine sample. As soon as Mr. Rungo entered the restroom, he was asked to lift up his shirt to inspect his waistline. Mr. Rungo abruptly left and stated "he had to make a phone call." He left the facility and therefore was given a "stall."

5    **Special Condition # 1**: The defendant shall participate in substance abuse testing, to include not more than 365 urinalysis tests and not more than 365 breathalyzer tests annually during the period of supervision. The defendant is to pay all or part of the costs of testing, depending on the defendant's ability to pay, as determined by the United States Probation Officer.

**Supporting Evidence** It is alleged Mr. Rungo violated his terms of supervision by using heroin and marijuana on or about September 29, 2020

On December 27, 2017, Anthony Rungo signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Rungo was made aware by his U.S. probation officer that he must submit to urinalysis testing as directed.

As referenced above in violation number 4, Mr. Rungo abruptly left PHS after asking to show his waistline before providing a urine sample. The undersigned officer called Mr. Rungo and left a message directing him to report to the U.S. Probation Office.

Mr. Rungo arrived at the probation office and was confronted on his behavior at PHS. He admitted that his urinalysis test would be positive for heroin and marijuana and that he used both substances approximately "3 days ago." He signed a drug use admission form.

Mr. Rungo also disclosed that his previous uranalysis test submitted on September 16, 2020, was not observed by PHS staff and he admitted to dipping the testing cup in the toilet to fill it up with water to defeat the urinalysis test.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a warrant**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/02/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Rungo, Anthony Joseph**
**October 2, 2020**
Page 3

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

October 5, 2020
_____
Date