PROB 12C
(6/16)

Report Date: October 13, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Joseph Rungo          Case Number: 0980 2:18CR00001-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Donald W. Malloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice,  U.S. District Judge

Date of Original Sentence: March 5, 2014

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 72 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Judgment:<br>(11/24/2014) | Prison - 87 months<br>TSR - 60 months | |
| Sentence Reduction:<br>(04/08/2015) | Prison - 72 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: December 27, 2017 |
| Defense Attorney: | Molly M. Winston | Date Supervision Expires: December 26, 2022 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/02/2020, 09/21/2020 and 10/05/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #1**: The defendant shall participate in substance abuse testing, to include not more than 365 urinalysis tests and not more than 365 breathalyzer tests annually during the period of supervision.  The defendant is to pay all or part of the costs of testing, depending on the defendant's ability to pay, as determined by the United States Probation Officer.<br><br>**Supporting Evidence** It is alleged Mr. Rungo violated his terms of supervision on October 8, 2020, by stalling on a urinalysis test and failing to provide a urine sample as directed.<br><br>On December 27, 2017, Anthony Rungo signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Rungo was made aware by his U.S. probation officer that he must submit to urinalysis testing, as directed |

Prob12C
**Re: Rungo, Anthony Joseph**
**October 13, 2020**
**Page 2**

On October 8, 2020, Mr. Rungo reported to Pioneer Human Services (PHS) to submit to random urinalysis testing, as his assigned color for urinalysis testing was called. At approximately 2:15 p.m., staff at PHS sent this officer an email regarding Mr. Rungo's behavior while attempting to submit to a urine sample.

*"Mr. Rungo came in to the clinic for an observed UA today. He was not happy about being observed and following UA protocol. He attempted to provide a sample for about 30 seconds before he gave up, threw the urine cup across the bathroom and began verbally abusing me. He repeated over and over it was "Fng bull s" that he was being observed. After he threw the urine cup, I told him testing was over for him and notified my manager and Mr. Rungo's probation officer of his profanity towards me and throwing the urine cup across the restroom in my direction. Mr. Rungo was instructed to leave the clinic and on his way out he called the 2 female receptionists "Fng punks". "*

Mr. Rungo stalled and failed to provide a urine sample, as directed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  10/13/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Rungo, Anthony Joseph**
**October 13, 2020**
**Page 3**

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other : *All pending violations will be addressed at the Revocation of Supervised Release hearing scheduled for 10/14/2020.*

Thomas O. Rice
United States District Judge
October 13, 2020
Date