PROB 12C
(6/16)

Report Date: June 24, 2021

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 25, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Joseph Rungo      Case Number: 0980 2:18CR00001-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 5, 2014

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 72 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Judgment:<br>(November 24, 2014) | Prison - 87 months<br>TSR - 60 months | |
| Sentence Reduction:<br>(April 8, 2015) | Prison - 72 months<br>TSR - 60 months | |
| Revocation Sentence<br>(October 20, 2020) | Prison - 21 days<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: November 4, 2020 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: November 3, 2023 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Mr. Rungo violated the conditions of his supervised release by using marijuana on the following days: March 3 and 22, April 6 and 26, May 4, and June 9, 2021. |

On November 18, 2020, the conditions of supervision were reviewed with Mr. Rungo. He signed his judgment acknowledging an understanding of his conditions of supervision.

On March 3, 2021, Mr. Rungo submitted to urinalysis testing at Pioneer Human Services (PHS); the urine sample was positive for the presence of marijuana and confirmed by Alere Toxicology. An admit/denial form was also sent to this officer, and in the comments section it stated, "client refused to admit or deny." He admitted to the undersigned officer that he had eaten an edible.

On March 22, 2021, Mr. Rungo submitted to urinalysis testing at PHS, the urine sample was positive for the presence of marijuana and confirmed by Alere Toxicology. An admit/denial form was also sent to this officer, and in the comments section it stated, "client refused to sign or check box stating lawyer advised him against it."

On April 6, 2021, Mr. Rungo submitted to urinalysis testing at PHS, the urine sample was positive for the presence of marijuana and confirmed by Alere Toxicology.

On April 26, 2021, Mr. Rungo submitted to urinalysis testing at PHS, the urine sample was positive for the presence of marijuana and confirmed by Alere Toxicology. An admit/denial form was also sent to this officer, and in the comments section it stated, "client refused to sign."

On May 4, 2021, Mr. Rungo submitted to urinalysis testing at PHS, the urine sample was positive for the presence of marijuana and confirmed by Alere Toxicology.

On June 9, 2021, Mr. Rungo submitted to urinalysis testing at PHS, the urine sample was positive for the presence of marijuana and confirmed by Alere Toxicology.

On June 23, 2021, Mr. Rungo submitted to urinalysis testing at PHS, the urine sample was positive for the presence of marijuana and was sent to Alere Toxicology for further testing.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/24/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_Thomas O. Rice_
Thomas O. Rice
United States District Judge

June 25, 2021
Date