PROB 12C
(6/16)

Report Date: December 20, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Anthony Joseph Rungo | Case Number: 0980 2:18CR00001-TOR-1 |

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮, Spokane, Washington 99203

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 5, 2014

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 121 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Judgement:<br>(November 24, 2014) | Prison - 87 months<br>TSR - 60 months | |
| Sentence Reduction:<br>(April 8, 2015) | Prison - 72 months<br>TSR - 60 months | |
| Revocation Sentence:<br>(October 20, 2020) | Prison - 21 days<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: November 4, 2020 |
| Defense Attorney: | Molly M. Winston | Date Supervision Expires: November 3, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/25/2021 and 07/22/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 3:** You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**:  It is alleged that Mr. Rungo violated his conditions of supervised release by using marijuana on November 15, and December 5, 2021.<br><br>On November 18, 2020, the conditions of supervision were reviewed with Mr. Rungo.  He signed his judgment acknowledging an understanding of his conditions of supervision. On |

Prob12C
**Re: Rungo, Anthony Joseph**
**December 20, 2021**
**Page 2**

November 15, 2021, Mr. Rungo submitted to urinalysis testing at Pioneer Human Services (PHS). The urine sample tested presumptive positive for marijuana and was sent to the laboratory for further confirmation, which was later confirmed positive by Alere Toxicology.

On December 15, 2021, Mr. Rungo submitted to urinalysis testing at PHS. The sample was presumptive positive for marijuana. Mr. Rungo admitted to the use of marijuana on December 5, 2021, and signed a written statement admitting to the use of marijuana on or about December 5, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/20/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other: *All pending alleged violations will be addressed at the Supervised Release Revocation Hearing set for 1/6/2022.*

Thomas O. Rice
United State District Judge
December 20, 2021
Date