PROB 12C
(6/16)

Report Date: March 15, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 15, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Joseph Rungo    Case Number: 0980 2:18CR00001-TOR-1

Address of Offender: ███████████, Spokane, Washington 99203

Name of Sentencing Judicial Officer: The Honorable Justin L. Quakenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 5, 2014

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 72 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Judgment: (November 24, 2014) | Prison - 87 months TSR - 60 months | |
| Sentence Reduction: (April 8, 2015) | Prison - 72 months TSR - 60 months | |
| Revocation Sentence: (October 20, 2020) | Prison - 21 days TSR - 36 months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: November 4, 2020 |
| Defense Attorney: | Molly M. Winston | Date Supervision Expires: November 3, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/25/2021, 07/22/2021, and 12/20/2021.

On November 18, 2020, the conditions of supervision were reviewed with Mr. Rungo. He signed his judgment acknowledging an understanding of his conditions of supervision

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |

Prob12C
Re: Rungo, Anthony Joseph
**March 15, 2022**
Page 2

      **Supporting Evidence**: It is alleged Mr. Rungo violated his conditions of supervised release by using marijuana on or around January 26, 2022.

      On January 26, 2022, Mr. Rungo provided a random urinalysis test at Pioneer Human Services. Mr. Rungo denied the use of marijuana after the urine sample tested presumptive positive for marijuana. On February 8, 2022, a lab report was received confirming a positive test for marijuana.

7      **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

      **Supporting Evidence**: It is alleged Mr. Rungo violated his conditions of supervised release by failing to appear for urinalysis testing on February 17, 2022.

      On February 17, 2022, the color of the day for urinalysis testing at Pioneer Human Services was gold 3, Mr. Rungo's assigned color for random urinalysis testing. Mr. Rungo failed to appear for his urinalysis test that date.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 15, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other : ***All pending violations will be addressed at the Final Revocation/Status Hearing scheduled for 4/6/2022.***

Thomas O. Rice
United States District Judge

March 15, 2022
Date