PROB 12C
(6/16)

Report Date: April 4, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 05, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Anthony Joseph Rungo | Case Number: 0980 2:18CR00001-TOR-1 |
| Address of Offender: ███████████ | Spokane, Washington 99224 |

Name of Sentencing Judicial Officer: The Honorable Justin L. Quakenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 5, 2014

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 72 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Judgement:<br>(November 24, 2014) | Prison - 87 months<br>TSR - 60 months | |
| Sentence Reduction:<br>(April 8, 2015) | Prison - 72 months<br>TSR - 60 months | |
| Revocation Sentence:<br>(October 20, 2020) | Prison - 21 days<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: November 4, 2020 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: November 3, 2023 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 06/25/2021, 07/22/2021, 12/20/2021, and 03/15/2022.

On November 18, 2020, the conditions of supervision were reviewed with Mr. Rungo. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: It is alleged Mr. Rungo violated his conditions of supervised release by failing to submit to urinalysis testing as directed on March 31, 2022. |

Prob12C
Re: Rungo, Anthony Joseph
April 4, 2022
Page 2

        On March 31, 2022, the color of the day for urinalysis testing at Pioneer Human Services was gold 3, which is Mr. Rungo's assigned color. The undersigned officer was notified that Mr. Rungo failed to appear for his urinalysis test as directed.

9      **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

        **Supporting Evidence**: It is alleged Mr. Rungo violated his conditions of supervised release by failing to report as directed on April 1, 2022.

        At approximately 10:15 a.m., a voice mail and a text message were left for Mr. Rungo directing him to report to the probation office by 3 p.m., he did not report as directed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  April 4, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[X]  Other: *All pending violations will be addressed at the Revocation of Supervised Release Hearing set for 4/6/2022.*

Thomas O. Rice
United States District Judge

April 5, 2022
Date