PROB 12C
(6/16)

Report Date: April 13, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 14, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Joseph Rungo                Case Number: 0980 2:18CR00001-TOR-1

Address of Offender: ███████████████████ Spokane, WA 99201

Name of Sentencing Judicial Officer: The Honorable Donald W. Malloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 5, 2014

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 72 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Judgment: (November 24, 2014) | Prison - 87 months; TSR - 60 months | |
| Sentence Reduction: (April 8, 2015) | Prison - 72 months; TSR - 60 months | |
| Revocation Sentence: (October 20, 2020) | Prison - 21 days; TSR - 36 months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: November 4, 2020 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: November 3, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/25/2021, 07/22/2021, 12/20/2021, 03/15/2022, and 04/05/2022.

On November 18, 2020, the conditions of supervision were reviewed with Mr. Rungo. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: Rungo, Anthony Joseph
April 13, 2022
Page 2

**Supporting Evidence**: It is alleged Mr. Rungo violated his conditions of supervised release by failing to appear for urinalysis testing on April 12, 2022.

On April 12, 2022, the color of the day for urinalysis testing at Pioneer Human Services was gold 3, Mr. Rungo's assigned color for random urinalysis testing. Mr. Rungo failed to appear for his urinalysis test that date.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 13, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other : *The alleged violation will be heard at the Final Revocation/Status Hearing set for 7/6/2022.*

Thomas O. Rice
United States District Judge

April 14, 2022
Date